**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 5, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00672-CV

## IN RE NAJMA VENTURES, LLC AND FAISAL ASHRAF, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
55th District Court
Harris County, Texas
Trial Court Cause No. 2020-10375**

## MEMORANDUM OPINION

On September 29, 2020, relators Najma Ventures, LLC and Faisal Ashraf filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Latosha Lewis Payne, presiding judge of the 55th District Court of Harris County, to vacate her August 6, 2020 order denying relators' motion to compel production of a third-party appraisal and September 3, 2020 order granting

real parties in interest's motion to quash a deposition on written questions concerning the same appraisal.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.

2